**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenneth B. KUBINSKI, Defendant–Appellant.**

No. 99–6985.

United States Court of Appeals, Fourth Circuit.

Submitted June 15, 2001.

Decided June 28, 2001.

___

Neal Lawrence Walters, Charlottesville, VA, for appellant. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Kenneth B. Kubinski seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). In a supplemental brief, he asserts claims that the Government failed to disclose exculpatory material as required by *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963); that the trial court failed to instruct the jury in accordance with *Richardson v. United States,* 526 U.S. 813, 119 S.Ct. 1707, 143 L.Ed.2d 985 (1999), regarding the continuing criminal enterprise count; and that his sentence violates *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have reviewed the record and the district court's opinion and find no reversible error as to its denial of relief on

Kubinski's claim under *Brady.* We decline to consider Kubinski's claims under *Richardson* and *Apprendi,** presented for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir. 1993). Accordingly, we deny a certificate of appealability and dismiss the appeal. *United States v. Kubinski,* Nos. CR–93–28–H; CA–97–973–5–H (E.D.N.C. July 1, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

___

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review. Accordingly, Kubinski's *Apprendi* claim is not cognizable.